# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                                             **DATE**: JULY 9, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL


**TITLE OF CASE:**                                             **CIVIL NO. 24-MC-83 (RK)**

UNITED STATES OF AMERICA

v.

FREDERICK SCHULMAN
      DEFENDANT PRESENT

**APPEARANCES:**

Babasijibomi Moore, AUSA for the Government

Lars Hanson, Special Agent

Christopher St. John, Esq., counsel for Defendant

Nailah Green, Pretrial Services

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Ordered defendant sworn, defendant sworn.

Parties discuss case status.

Plea scheduled for August 1, 2024.


**Time Commenced:**  2:47 p.m.
**Time Adjourned**:  3:29 p.m.
**Total Time**:      42  minutes


s/ *Patricia Markey*
COURTROOM DEPUTY